# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Philomena Amedume          CHAPTER 13

<u>Debtor(s)</u>          BKY. NO. 19-13886 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MEB Loan Trust IV and index same on the master mailing list.

                                                     Respectfully submitted,
                                                    **/s/ Rebecca A. Solarz Esquire**
                                                    Rebecca A Solarz, Esquire
                                                    Kevin G. McDonald, Esquire
                                                    KML Law Group, P.C.
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106-1532
                                                    (215) 627-1322