UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | |
|---|---|
| In Re: Philomena Amedume ) | Case No.: 19-13886-amc |
| ) | |
| ) | CHAPTER 13 |
| ) | |
| ) | |
| Debtor. ) | **REQUEST FOR NOTICE** |
| ) | |

**REQUEST OF AMIP MANAGEMENT, LLC FOR SERVICE OF NOTICES**

**PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that AMIP Management, LLC as servicing agent for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E, a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

**1**
REQUEST FOR NOTICE

1  AMIP Management, LLC requests that for all notice purposes and for inclusion in the
2  Master Mailing List in this case, the following address be used:

3  **PHYSICAL ADDRESS:**                                **EMAIL ADDRESS:**
   AMIP Management, LLC                                 amipbk@ghidottiberger.com
4  3020 Old Ranch Parkway, Suite 180
   Seal Beach, CA 90740
5

6

7

8  Dated:  January 17, 2020                  By: */s/ Maxine Evans*
                                              Maxine Evans
9                                             AMIP Management
                                              Vice-President Default
10                                            P.O. Box 2741
                                              Seal Beach, CA 90740
11                                            562-735-6555 x-110
12                                            amipbk@ghidottiberger.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
REQUEST FOR NOTICE

1
2
## CERTIFICATE OF SERVICE

3    On January 17, 2020 I served the foregoing documents described as REQUEST FOR NOTICE on the following individuals by electronic means through the Court's ECF program:

4    COUNSEL FOR DEBTOR
Michael D. Hess
5    amburke7@yahoo.com

6    COUNSEL FOR DEBTOR
Scott F. Waterman
7    ECFMail@ReadingCh13.com

8    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
9
                                    /s/ Marlen Gomez
10                                  Marlen Gomez

    On January 17, 2020, I served the foregoing documents described as REQUEST FOR NOTICE
11  on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:
12
    DEBTOR
13  Philomena Amedume
    2123 Fruitville Pike
14  Lancaster, PA 17601

15
    U.S. TRUSTEE
16  United States Trustee
    Office of the U.S. Trustee
17  200 Chestnut Street
    Suite 502
18  Philadelphia, PA 19106

19
    I declare under penalty of perjury under the laws of the United States of America that the
20  foregoing is true and correct.

21                                  /s/ Marlen Gomez
                                    Marlen Gomez
22
23
24
25
26
27
28

**3**
REQUEST FOR NOTICE