United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Philomena Amedume  
     Debtor

Case No. 19-13886-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 17, 2020  
                      Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.  
14376296      +Wilmington Savings Fund Society, FSB,   Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:

         LISA CANCANON    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A LisaC@w-legal.com  
         MICHAEL D. HESS    on behalf of Debtor Philomena   Amedume amburke7@yahoo.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    MEB Loan Trust IV bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                               TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-13886-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Philomena Amedume
2123 Fruitville Pike
Lancaster PA 17601

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/16/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 6: Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 | Wilmington Savings Fund Society, FSB
c/o AMIP Management
3020 Old Ranch Parkway, Suite 180
Seal Beach, CA 90740 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/19/20

Tim McGrath
**CLERK OF THE COURT**