*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Philomena Amedume
    Debtor(s)

Case No: 19–13886–amc

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/27/20 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601


For The Court

Timothy B. McGrath
Clerk of Court

31 – 12
Form 152