*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Philomena Amedume
    Debtor(s)

Case No: 19–13886–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Hearing Rescheduled on Motion to Dismiss Case; delay, feasibility Filed by SCOTT F. WATERMAN (Chapter 13) Represented by SCOTT F. WATERMAN (Chapter 13) (Counsel)

on: 2/27/20

at: 10:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: 2/5/20

For The Court

Timothy B. McGrath
Clerk of Court