United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 19-13886-amc
Philomena Amedume                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS          Page 1 of 2                   Date Rcvd: Feb 05, 2020
                              Form ID: 152            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.
```
db           +Philomena Amedume,   2123 Fruitville Pike,   Lancaster, PA 17601-3919
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg          +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr           +Carrington Mortgage Services, LLC as servicer for,   C/o Weinstein & Riley, P.S.,
               11101 West 120th Avenue  #280,   Broomfield, CO 80021-2756
cr           +SELECT PORTFOLIO SERVICING, INC.,   3815 South West Temple,   Salt Lake City, UT 84115-4412
cr           +Wilmington Savings Fund Society, FSB, as Owner Tru,   AMIP Management,
               3020 Old Ranch Parkway, Suite 180,   Seal Beach, CA 90740-2799
14374033     +Bank Of America, N.A.,   c/o THOMAS YOUNG.HAE SONG,   Phelan Hallinan Diamond & Jones, LLP,
               1617 JFK Blvd.,   Suite 1400,   Philadelphia, PA 19103-1814
14373941      Bank Of America, N.A.,   C/o Thomas Song, Esq.,   1617 JFK Boulevard, Suite 1400,
               One Penn Center Plaza,   Philadelphia, PA 19103
14343389     +Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
14371477      Bank of America, N.A.,   P.O. Box 31785,   Tampa FL 33631-3785
14343390      Best Egg,   4315 Pickett Road,   PO Box 3999,   Saint Joseph, MO 64503-0999
14343393     +Citi Cards,   PO Box 9001037,   Louisville, KY 40290-1037
14343394     +Lendmark Financial,   2054 Fruitville Pike,   Lancaster, PA 17601-3918
14441936     +MEB Loan Trust IV,   c/o REBECCA ANN SOLARZ,   KML Law Group, P.C.,   701 Market Street,
               Suite 5000,   Philadelphia, PA 19106-1541
14430207     +MEB Loan Trust IV,   Serviced by Select Portfolio Servicing,,   3217 S. Decker Lake Dr.,
               Salt Lake City, UT 84119-3284
14343395     +New York State Higher Education Services,   99 Washington Avenue, Dept 736,
               Albany, NY 12255-1100
14453441     +Wilmington Savings Fund Society, FSB,   c/o AMIP Management,
               3020 Old Ranch Parkway, Suite 180,   Seal Beach, CA 90740-2799
14376296     +Wilmington Savings Fund Society, FSB,   Carrington Mortgage Services, LLC,
               1600 South Douglass Road,   Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 03:58:45
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2020 03:59:18     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14343388     +E-mail/Text: bk@avant.com Feb 06 2020 03:59:39     Avant,   222 N. Lasalle Street, Suite 1700,
               Chicago, IL 60601-1101
14343391     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 06 2020 04:01:29     Capital One,
               PO Box 71083,   Charlotte, NC 28272-1083
14355011     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2020 04:06:17
               Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14361667      E-mail/Text: ktramble@lendmarkfinancial.com Feb 06 2020 03:57:34
               Lendmark Financial Services LLC,   Attn: Bankruptcy Dept.,   2118 Usher Street NW,
               Covington, Georgia 30014
14371394      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 04:03:42     LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 7
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14343392    ##+Carrington Mortgage Services,   1610 E. Saint Andrew Place,   Santa Ana, CA 92705-4941
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: BarbaraS           Page 2 of 2            Date Rcvd: Feb 05, 2020
                              Form ID: 152             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              LISA   CANCANON    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for
               Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A
               LisaC@w-legal.com
              MICHAEL D. HESS    on behalf of Debtor Philomena  Amedume amburke7@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MEB Loan Trust IV bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Philomena Amedume
    Debtor(s)

Case No: 19−13886−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/27/20 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

31 − 12
Form 152