### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**: Troy S. Kane                                    :Bankruptcy No. 16-12176

       Debtor                                                  :Chapter 13

### CERTIFICATION OF SERVICE

      Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on **July 20, 2020** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did mail a copy of the Amended Modified Plan to all creditors.

      The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

<u>S/Diana M. Dixon, Esquire</u>
Diana M. Dixon, Esquire